| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Bohm, Carlota M. | 2. Court or Organization<br><br>U.S. Bankruptcy Court for the Western District of PA | 3. Date of Report<br><br>05/30/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh PA 15219 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee of two insurance trusts | Trust #1 and Trust #2 (see Part VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 05/30/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Income from Houston Harbaugh PC | $188,752.00 |
| 2. | 2012 | Income from Misc. Bankruptcy /Trustee Related | $1,500.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Westinghousre Electric Corporation - salary & pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 24 - 27, 2012 | San Diego, CA | Bankruptcy Judges' Conference | Transporation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 05/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 05/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Jackson National Annuity | A | Dividend | N | T | Buy | 08/03/12 | N | | |
| 2. Jackson National Annuity | A | Dividend | M | T | Buy | 06/25/12 | M | | |
| 3. Jackson National Annuity | A | Dividend | M | T | Buy | 08/30/12 | M | | |
| 4. ATIAX Mutual Fund | A | Dividend | L | T | Buy | 06/14/12 | L | | |
| 5. HFOAX Mutual Fund | A | Dividend | L | T | Buy | 06/14/12 | L | | |
| 6. LDFVX Mutual Fund | A | Dividend | L | T | Buy | 06/14/12 | L | | |
| 7. LVOAX Mutual Fund | A | Dividend | L | T | Buy | 06/14/12 | L | | |
| 8. ODMAX Mutual Fund | A | Dividend | K | T | Buy | 06/14/12 | K | | |
| 9. CVFCX Mutual Fund | A | Dividend | L | T | Buy | 06/14/12 | L | | |
| 10. TSNAX Mutual Fund | A | Dividend | L | T | Buy | 06/14/12 | L | | |
| 11. NEFZX Mutual Fund | A | Dividend | L | T | Buy | 06/14/12 | L | | |
| 12. NHIAX Mutual Fund | A | Dividend | K | T | Buy | 06/14/12 | K | | |
| 13. CVTRX Mutual Fund | A | Dividend | K | T | Buy | 06/14/12 | K | | |
| 14. Roam North shore, LP(1) | A | Interest | K | T | | | | | |
| 15. Roam Bally IV, LP | A | Interest | K | T | | | | | |
| 16. Rental Property-Pgh PA (2011 - pd. $150,000.00) | | Rent | M | R | | | | | |
| 17. Dollar Bank | D | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 05/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PNC Bank | G | Interest | M | T | | | | | |
| 19. -Federated Capital Prsv. Isp | | | | | Sold | 06/12/12 | L | | |
| 20. - Vanguard Health Care Fund | | | | | Sold | 06/12/12 | L | | |
| 21. RBC wealth Management | | | | | | | | | |
| 22. -JT TW/WROS | | | | | | | | | |
| 23. *NEWFX | A | Dividend | | | Sold | 06/12/12 | J | | |
| 24. *TUIXX | | None | | | Sold | 06/12/12 | J | | |
| 25. *CBS | A | Dividend | | | Sold | 06/12/12 | J | | |
| 26. *AGTHX | A | Dividend | | | Sold | 06/12/12 | J | | |
| 27. *VIAB | A | Dividend | | | Sold | 06/12/12 | J | | |
| 28. *AEPGX | A | Dividend | | | Sold | 06/12/12 | J | | |
| 29. *GF | A | Dividend | | | Sold | 06/12/12 | J | | |
| 30. *TUIXX | | None | | | Sold | 06/12/12 | K | | |
| 31. *AWSHX | A | Dividend | | | Sold | 06/12/12 | K | | |
| 32. *AEPGX | A | Dividend | | | Sold | 06/12/12 | K | | |
| 33. *IGAAX | A | Dividend | | | Sold | 06/12/12 | K | | |
| 34. *SMCWX | A | Dividend | | | Sold | 06/12/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 05/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. *TUIXX | | None | | | Sold | 06/12/12 | K | | |
| 36. *CBS | A | Dividend | | | Sold | 06/12/12 | K | | |
| 37. *AWSHX | A | Dividend | | | Sold | 06/12/12 | K | | |
| 38. *AGTHX | A | Dividend | | | Sold | 06/12/12 | K | | |
| 39. *VIAB | A | Dividend | | | Sold | 06/12/12 | K | | |
| 40. *AEPGX | A | Dividend | | | Sold | 06/12/12 | K | | |
| 41. *TUIXX | | None | | | Sold | 06/12/12 | K | | |
| 42. *CBS | A | Dividend | | | Sold | 06/12/12 | K | | |
| 43. *AWSHX | A | Dividend | | | Sold | 06/12/12 | K | | |
| 44. *AGTHX | A | Dividend | | | Sold | 06/12/12 | K | | |
| 45. *VIAB | A | Dividend | | | Sold | 06/12/12 | K | | |
| 46. *AEPGX | A | Dividend | | | Sold | 06/12/12 | K | | |
| 47. Fidelity | | | | | | | | | |
| 48. *Enron | | None | | | Sold | 06/12/12 | L | | |
| 49. *Fidelity Cash Reserves | | None | | | Sold | 06/12/12 | L | | |
| 50. *Lint Computers Inc. | | None | | | Sold | 06/12/12 | L | | |
| 51. *Transocean | | None | | | Sold | 06/12/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 05/30/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. *Fidelity Select Medical Esquipment & Systems | | None | | | Sold | 06/12/12 | L | | |
| 53. *Uonlive Corp | | None | | | Sold | 06/12/12 | L | | |
| 54. *Fiedlity PA Muni Mnkt | | None | | | Sold | 06/12/12 | J | | |
| 55. *Baron Partners Fund | | None | | | Sold | 06/12/12 | J | | |
| 56. *Fidelity Capital & Income | A | Dividend | | | Sold | 06/12/12 | J | | |
| 57. *Fidelity PA Muni Mnkt | | None | | | Sold | 06/12/12 | J | | |
| 58. *Baron Partners Fund | | None | | | Sold | 06/12/12 | J | | |
| 59. *Fidelity Capital & Income | A | Dividend | | | Sold | 06/12/12 | J | | |
| 60. *Fidelity Cash Reserve | | None | | | Sold | 06/12/12 | L | | |
| 61. -Deferred Annuity | | None | | | Sold | 06/25/12 | M | | |
| 62. *Fidelity VIP Money Market | | None | | | Sold | 06/25/12 | J | | |
| 63. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 05/30/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I - Trustee of two insurance trusts. Monies available only upon their death.

Part VII - No. 14 & 15 - (1) received $8,500.00 income from this investment in 2012

Partt VII - No. 57 - on the initial report [          ] is deleted since is it not held for investment.

Part VII - Nos. 17 and 18 were inadvertntly left off of my initial report

| Name of Person Reporting | Date of Report |
|---|---|
| Bohm, Carlota M. | 05/30/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Carlota M. Bohm**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544